# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DAVID ARNOLD FERRELL, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No.  12-0184 (EGS) |
| | ) | |
| JACKIE METHNEY, | ) | |
| | ) | |
| Respondent. | ) | |

## MEMORANDUM  OPINION

This matter comes before the Court upon review of David Arnold Ferrell's *pro se* Petition for Emergency Writ of Habeas Corpus brought on behalf of Lawrence Earl Ralph. Petitioner is a lay person who is not qualified to appear in this Court on behalf of another person. *See* 28 U.S.C. § 1654; *Georgiades v. Martin-Trigona*, 729 F.2d 831, 834 (D.C. Cir. 1984).  Even though plaintiff may represent himself as a *pro se* litigant, it does not appear that he has sustained an actual injury caused by the respondent's actions, and therefore he lacks standing to bring these claims.  *See Navegar, Inc. v. United States*, 103 F.3d 994, 998 (D.C. Cir. 1997) (stating that a litigant has standing if his claims "spring from an 'injury in fact' – an invasion of a legally protected interest that is 'concrete and particularized,' 'actual or imminent' and 'fairly traceable' to the challenged act of the defendant, and likely to be redressed by a favorable decision in the federal court.") (quoting *Lujan v. Defenders of Wildlife*, 504 U.S. 555, 560-61 (1992))).  Accordingly, the Court will dismiss this action without prejudice for lack of standing. An Order is issued separately.

Signed:  EMMET G. SULLIVAN
United States District Judge

Dated:  February 7, 2012